ACCEPTED
02-17-00396-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 12:02 PM
DEBRA SPISAK
CLERK

## No. 02-17-00396-CV

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 12:02:41 PM
DEBRA SPISAK
Clerk

In The

SECOND DISTRICT COURT OF APPEALS

Fort Worth, Texas

ALPINE INDUSTRIES, INC. and LANE THOMAS SHINOGLE,
*Appellants,*

v.

BENJAMIN WHITLOCK and BRIANNA WHITLOCK,
*Appellees.*

On Review from Cause No. 141-290670-17
In the 141st Judicial District Court, Tarrant County, Texas
Honorable John P. Chupp, Presiding Judge

### APPELLANTS' UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE BRIEF

Appellants Alpine Industries, Inc. and Lane Thomas Shinogle file this Unopposed Motion for Extension of Time to File Brief and would respectfully show:

The Clerk's Record and Reporter's Record were filed in this accelerated interlocutory appeal on December 12, 1017, and December 15, 2017, respectively. Thus, the current deadline to file Appellants' Brief is January 4, 2018. Appellants request a fourteen-day extension of time to file their brief, which would make the brief due on January 18, 2018. *See* Tex. R. App. 38.6(d). This is Appellants' first request for an extension of time to file their brief.

This short extension of time is necessary because of the work and travel schedule for lead appellate counsel Wade Crosnoe, which will prevent him from preparing the brief by the current deadline. Because of the upcoming holidays, there are only twelve business days within which to complete Appellants' Brief. During that time, Mr. Crosnoe will be in Dallas on December 21-22, 2017, for a law firm meeting and other firm business. And he will be out of the office visiting family from December 23-26, 2017. Mr. Crosnoe has also been involved in drafting an Answer, which is due today, in a lawsuit styled *A. Bors Properties, LLC d/b/a Winfield Property Management v. Certain Underwriters at Lloyd's, London, et al.*, Case No. 4:17-cv-00671-GKF-FHM, in the U.S. District Court for the Northern District of Oklahoma. The compressed briefing schedule in this accelerated appeal, the upcoming holidays, and Mr. Crosnoe's work and travel schedule do not leave enough time to complete Appellants' Brief by the current deadline. Accordingly, Appellants seek a fourteen-day extension of time in order to complete their brief.

Appellees are not opposed to this motion.

For these reasons, Appellants respectfully request that the Court grant this motion and extend the deadline to file their brief until January 18, 2018. Appellants also request all other relief to which they are justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.


By: */s/ Wade C. Crosnoe*

    Wade C. Crosnoe
    State Bar. No. 00783903
    Thompson, Coe, Cousins and Irons, L.L.P.
    701 Brazos, Suite 1500
    Austin, Texas  78701
    Telephone:  (888) 708-8200
    Telecopy:  (512) 708-8777
    E-mail: wcrosnoe@thompsoncoe.com


    J. Richard Harmon
    State Bar No. 09020700
    Heather H. Sauter
    State Bar No. 24042118
    Cassie J. Dallas
    State Bar No.  24074105
    Plaza of the Americas
    700 N. Pearl Street, Twenty-Fifth Floor
    Dallas, Texas 75201-2832
    Telephone:  (214) 871-8200
    Telecopy:   (214) 871-8209
    E-mail: rharmon@thompsoncoe.com
    E-mail: hsauter@thompsoncoe.com

**COUNSEL FOR APPELLANTS**
**ALPINE INDUSTRIES, INC. and LANE**
**THOMAS SHINOGLE**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Appellees' counsel, David Keltner, regarding this motion, and that his clients are not opposed to this motion.

/s/ Wade C. Crosnoe
Wade C. Crosnoe

## CERTIFICATE OF SERVICE

I certify that on December 20, 2017, this document was served on the following counsel via the Court's electronic filing system or by email:

Mike M. Basset
Charles Lindley Woods
Sadie A. Horner
The Basset Firm
Two Turtle Creek Village
3838 Oak Lawn, Suite 1600
Dallas, Texas 75219
*Counsel for Appellees*

Tim Dollar
Rachel D. Stahle
Dollar, Burns & Becker, L.C.
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
*Counsel for Appellees*

David E. Keltner
State Bar No. 11239500
John T. Wilson IV
State Bar No. 24033344
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas  76102
*Counsel for Appellees*

/s/ Wade C. Crosnoe
Wade C. Crosnoe